UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYANNA SCOTT, *individually and on behalf of all those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>THE RED DRESS BOUTIQUE, INC.,<br><br>Defendant. | Case No.  1:25-cv-01355-FRS (SKO)<br><br>**ORDER GRANTING SECOND STIPULATION TO FURTHER EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 11) |

Having reviewed and considered the second Joint Stipulation to Extend Time to Respond to Complaint, (Doc. 11), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED.  Accordingly, it is ORDERED that Defendant shall have up to and including April 16, 2026 to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated:   **March 23, 2026**                                  */s/ Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

1