UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYANNA SCOTT, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE RED DRESS BOUTIQUE, INC.,<br><br>Defendant. | Case No.  1:25-cv-01355-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On March 23, 2026, the Court granted the parties' stipulation to extend Defendant's time to respond to the complaint.  (ECF No. 13.)  Defendant's response is currently due April 16, 2026.  (*Id.*)  Accordingly, the SCHEDULING CONFERENCE currently set for April 16, 2026, is continued to May 7, 2026, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.  The parties shall file a Joint Scheduling Report seven (7) days prior to the conference.  The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE