UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAYANNA SCOTT,

        Plaintiff,

    v.

THE RED DRESS BOUTIQUE, INC.,

        Defendant.

Case No.  1:25-cv-01355-FJS

ORDER GRANTING JEFFERY FISHER'S *PRO HAC VICE* APPLICATION

(ECF No. 16, 17)

Before the Court is the application of Jeffery Fisher, attorney for Defendant The Red Dress Boutique, Inc., for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  __**April 20, 2026**__

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1