UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYANNA SCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE RED DRESS BOUTIQUE, INC.,<br><br>Defendant. | Case No.  1:25-cv-01355-FJS<br><br>ORDER SETTING DEADLINE FOR CONSENT/DECLINE FORMS<br><br>(ECF No. 15)<br><br>DEADLINE: APRIL 30, 2026 |

Because service in this case was made before the recent amendments to the District's Automated Case Plan (*see* Appendix A(m) of the Local Rules), the deadline for the parties to submit their Consent/Decline of U.S. Magistrate Judge Jurisdiction forms is set for April 30, 2026. On April 16, 2026, Defendant filed a motion to dismiss. (ECF No. 15.) If any party requests reassignment to a United States District Judge, the Clerk of the Court will randomly assign a District Judge as presiding judge, with the Magistrate Judge continuing to be assigned to the case for those purposes anticipated by the Local Rules. While the parties are free to withhold consent, receipt of a consent designation assists the Court in determining how the action will be administratively processed. The hearing on the motion to dismiss currently set for May 22, 2026, is taken OFF CALENDAR pending receipt of the parties' consent/decline forms. Local Rule 230 will continue to govern the filing of oppositions and replies.

IT IS SO ORDERED.

Dated:   **April 21, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE