UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAYANNA SCOTT, *Individually and on behalf of all those similarly situated,* | ) ) ) | Case No. 1:25-cv-01355-FJS |
| Plaintiff, | ) ) ) | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT |
| v. | ) ) | VOLUNTARY DISMISSAL |
| THE RED DRESS BOUTIQUE, INC., | ) ) | (ECF No. 22) |
| Defendant. | ) | |

On May 11, 2026, Plaintiff Jayanna Scott ("Plaintiff") filed a notice voluntarily dismissing this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 22.)

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.,* 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting *Wilson v. City of San Jose, 111* F.3d 688, 692 (9th Cir. 1997)). Defendant The Red Dress Boutique, Inc., has not filed an answer or motion for summary judgment. (ECF No. 22.) Therefore, this action has been dismissed. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Titus v. BlueChip Fin*., 786 F. App'x 694, 695 (9th Cir. 2019) (unpublished) (citing *Emp'rs-Teamsters*

*Local Nos. 175 & 505 Pension Tr. Fund v. Anchor Capital Advisors*, 498 F.3d 920, 924 (9th Cir. 2007)).

Accordingly, the Clerk of Court is HEREBY DIRECTED to terminate all pending deadlines and proceedings and then close the case.

IT IS SO ORDERED.

Dated:    **May 12, 2026**

_____
UNITED STATES MAGISTRATE JUDGE